**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIM T MELENDREZ, | ) Case No.: 2:19-cv-07781-VEB |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEYS' FEES AND |
| | ) EXPENSES PURSUANT TO 28 |
| ANDREW SAUL, | ) U.S.C. § 2412(d) AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that attorneys' fees in the amount of $7,900.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated:    May 24, 2021       /s/Victor E. Bianchini
                                    Victor E. Bianchini
                                    United States Magistrate Judge